IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| JULIUS LEE WILLIAMS, | )<br>) |
| Plaintiff, | )<br>) |
| v. | )    1:17CV16<br>) |
| NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security, | )<br>)<br>)<br>) |
| Defendant. | ) |

**ORDER**

The Recommendation of the United States Magistrate Judge was filed with the Court in accordance with 28 U.S.C. § 636(b) and, on September 14, 2017, was served on the parties in this action. (ECF Nos. 21, 22.) Plaintiff filed objections to the Magistrate Judge's Recommendation. (See ECF No. 24.) The Court has appropriately reviewed the Magistrate Judge's Recommendation and has made a *de novo* determination in accord with the Magistrate Judge's Recommendation. The Court therefore adopts the Magistrate Judge's Recommendation.

IT IS THEREFORE ORDERED that the Commissioner's decision finding no disability is AFFIRMED, that Plaintiff's Motion for Summary Judgment (ECF No. 11) is DENIED, and that Defendant's Motion for Judgment on the Pleadings (ECF No. 15) is GRANTED. A Judgment dismissing this action will be entered contemporaneously with this Order.

This, the 1st day of December, 2017.

/s/ Loretta C. Biggs
United States District Judge